AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jose A. Potes-Arias, being duly sworn, depose and state:

### Introduction

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been since May 8, 2024. My responsibilities and duties include conducting investigations of alleged manufacturing, distribution, or possession of controlled substances (Title 21, United States Code, Section 841(a)(1)), importation of controlled substances (Title 21, United States Code, Section 952(a)), smuggling of goods into the United States (Title 18, United States Code, Section 545), and related offenses. I am an investigative or law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am currently assigned as a Criminal Investigator with the Office of the Special Agent in Charge, San Juan, Puerto Rico. In this capacity, I investigate violations of federal criminal statutes, including offenses involving illegal firearm possession and trafficking.

3. I successfully completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC), Glynco, Georgia. These comprehensive training programs provided instruction on criminal law, investigative techniques, evidence handling, interviewing, and the identification and investigation of federal firearm offenses, such as but not limited to those prohibited by 18 U.S.C. § 922(g)(1)

1

(felon in possession of a firearm) and 18 U.S.C. § 922(o) (illegal possession or transfer of machine guns).

4. My professional background includes prior employment as a State Law Enforcement Communications Officer with the Florida Highway Patrol, where I was responsible for examining criminal histories and managing critical law enforcement information within state and federal systems. Additionally, I served honorably for five years in the United States Marine Corps as an Infantry Squad Leader, attaining the rank of Sergeant. During my time in the Marine Corps, I gained extensive experience with a wide range of weapon systems, from small arms to crew-served weapons. This hands-on experience provided me with a deep understanding of how various firearms operate, how to effectively manipulate and maintain them, and the tactical application of different weapon systems in high-pressure situations. This knowledge has been invaluable in shaping my ability to assess, operate, and respond to firearm-related situations with precision and expertise.

5. Based on my training, education, and professional experience, I am familiar with the methods used by individuals prohibited from possessing firearms, as well as the illegal trafficking, modification, and possession of firearms. I am qualified and have the necessary expertise to investigate violations of federal firearm laws, specifically those defined under 18 U.S.C. § 922(o), and to provide credible information in support of affidavits for criminal investigations involving these offenses.

6. The facts and information contained in this affidavit are based upon my training and experience, participation in this investigation, personal knowledge and observations made in the course of this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made

2

by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the investigation.

7.    This affidavit contains information necessary to support probable cause for a criminal complaint charging Samuel Antonio SOTO-Echevarria with violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun). It is not intended to include every fact and matter observed by me or known to the United States.

**Facts Supporting Probable Cause**

8.    On April 13, 2026, at approximately 12:00 PM, a license plate reader (LPR) registered a hit on a red Toyota Rav 4 with Puerto Rico Tag KOS-912 (hereinafter referred to as the target vehicle), previously identified by Puerto Rico Police Bureau (PRPB) Homicide Division through video evidence as being involved in a homicide that occurred on April 5, 2026. Below are photographs from the video footage in which the target vehicle was identified.



9. Following the LPR hit, PRPB Homicide Division contacted PRPB Intelligence San Juan Agents to assist in locating and intervening with the target vehicle.

10. PRPB Intelligence San Juan Agents located the vehicle and observed four individuals entering the target vehicle from a local barbershop. Samuel SOTO-Echevarria, identified as the driver of the target vehicle, was seen carrying a cross-body bag and entering the driver's seat.

11. PRPB Intelligence San Juan Agents, together with PRPB Motorized Unit Agents, followed the target vehicle and stopped it at Ave. Luis Muñoz Rivera. SOTO-Echevarria appeared visibly nervous and uncooperative. SOTO-Echevarria stated to PRPB Intelligence San Juan Agents that the target vehicle was not his, but he had managed and controlled it for approximately one and a half months.

12. A PRPB K9 Unit responded to the location and alerted to the presence of firearms in the target vehicle.

13. PRPB Intelligence San Juan Agents requested the PRPB Technical Services Unit, and the target vehicle was sealed and towed to the PRPB Hato Rey West precinct. A state search warrant was later submitted, approved, and executed in the presence of SOTO-Echevarria.

14. A search of the target vehicle, conducted pursuant to the state warrant, yielded the following items:

- One (1) Glock model 19X, S/N: BXHC468, tan in color, found in the center console, with one (1) 17-round capacity magazine loaded with seventeen (17) rounds of 9mm ammunition inside the pistol.

- One (1) 7.62mm round, found separately in the center console.

- Three (3) iPhones, found in the passenger glove compartment.

- One (1) white iPhone, found in the driver's side door.

- One (1) red iPhone, found inside the cross-body bag that was on SOTO-Echevarria's person.

- One thousand nine hundred twenty-six dollars ($1,926.00) in U.S. currency, found inside the cross-body bag that was on SOTO-Echevarria's person.

- One (1) hoodie, found in the trunk.

- One (1) ski mask, found in the trunk.

- One (1) red Toyota Rav 4, Puerto Rico Tag KOS-912 (the target vehicle), seized.

15. Below is a photograph of the evidence seized.



16. The Glock Model 19X, recovered from the target vehicle, was tan in color and chambered in 9mm. The firearm appeared to have been visibly altered with a silver selector switch or "chip", which is used to enable the firearm to fire in a fully automatic mode. The modification is noticeable given the contrast in color and the fact that is protrudes from the back of the firearm as depicted below.



17. All items were processed pursuant to the state search warrant under the supervision of the PRPB Technical Services Unit in the presence of SOTO-Echevarria.

18. On April 14, 2026, HSI PSG investigators attempted an interview of Samuel SOTO-Echevarria; however, SOTO-Echevarria invoked his Miranda Rights and declined to provide a statement without legal counsel present.

19. HSI PSG investigators also interviewed the PRPB Homicide Division case agent, who confirmed and provided all relevant details regarding the homicide investigation,

including verification that the target vehicle was the vehicle sought in connection with the case, that the caliber of the firearm seized matched the caliber of the shell casings found at the homicide crime scene, that the magazine's capacity corresponded to the number of casings located at the scene, that the hoodie and ski mask found in the vehicle are also consistent with accounts related to the murder investigation, and that SOTO-Echevarria's built is generally consistent with a suspect of the murder as captured in video footage.

20. As to the three passengers, each passenger had their Miranda rights formally read and explained to them in their native language of Spanish. All three passengers elected to waive their rights and signed ICE Form 73-025, which documents the waiver and explanation of rights in Spanish.

21. All three passengers stated that they had recently arrived in Puerto Rico. Each indicated that they had a mutual acquaintance who contacted Samuel SOTO-Echevarria to hire him for transportation services, for which they agreed to compensate him. The passengers further stated that they did not personally know SOTO-Echevarria prior to this arrangement and had no knowledge of the presence of a firearm in the target vehicle, nor did they claim ownership of the firearm.

## Conclusion

22.    Based on the facts contained herein, I submit there is probable cause to believe that Samuel Antonio SOTO-Echevarria has committed the following offenses: 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

JOSE A
POTES ARIAS

Digitally signed by JOSE
A POTES ARIAS
Date: 2026.04.14
16:22:24 -04'00'

Jose A. Potes-Arias
Special Agent
U.S. Homeland Security Investigations

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:11 ~~a.m.~~ p.m. on the 14th day of April, 2026.

Marshal D. Morgan
Magistrate Judge
United States District Court District of
Puerto Rico

8